# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

GS HOLISTIC, LLC,

    Plaintiff,

v.                                                      Case No. 3:22-cv-1206-TJC-LLL

KINDER COMBS 7 LLC, etc.,
and JAMES COMBS,

    Defendants.
_____

GS HOLISTIC, LLC,

    Plaintiff,

v.                                                      Case No. 3:22-cv-1281-TJC-JBT

ADAM VAPE, INC., etc.,
ADAM YASSIN and
ZAKARIA YASSIN,

    Defendants.
_____

GS HOLISTIC, LLC,

    Plaintiff,

v.                                                      Case No. 3:22-cv-1327-TJC-PDB

JOES SMOKE SHOP, INC., etc.,
BRETT ISAAC and
FOUAD ALNABR,

    Defendants.
_____

2

IMIRACLE (HK) LIMITED,

      Plaintiff,

v.                                       Case No. 3:22-cv-1388-TJC-JBT

JOES SMOKE SHOP, INC., etc.,
and FOUAD ALNABR,

      Defendants.
_____

IMIRACLE (HK) LIMITED,

      Plaintiff,

v.                                       Case No. 3:22-cv-1395-TJC-PDB

DUVAL SMOKE & INK, INC., etc.,
BRETT ISAAC and
HOSAM ABOAYTTA,

      Defendants.
_____

IMIRACLE (HK) LIMITED,

      Plaintiff,

v.                                       Case No. 3:22-cv-1410-TJC-JBT

SMOKIN EMPIRE, INC., etc.,
SALIM ALDIB and
BRETT ISAAC,

      Defendants.
_____

# **O R D E R**

Gabrielle Alexa Penalta, counsel for plaintiff in each of the above cases, has been repeatedly advised of the requirement that she follow the Local Rules of this Court.  See, e.g., GS Holistic, LLC vs. Martin & Company, Inc., Case

No. 3:22-cv-1362-HES-PDB (Docs. 11, 14, 15) (orders and hearing minutes noting Ms. Penalta's failure to follow rules of this Court); GS Holistic, LLC vs. Venice Smoke Shop #3, Inc., No. 3:22-cv-1364-HES-PDB (Doc. 16) (order requiring Ms. Penalta to file a certification that she has read the Local Rules and will comply with them); IMiracle (HK) Limited vs. Okie Smoky LLC, Case No. 3:22-cv-1389-MMH-MCR (Doc. 40) (order recounting numerous cases in which plaintiff's counsel, Ms. Penalta, has failed to follow the Local Rules and describing her practice in this Court as "exceedingly careless," warning Ms. Penalta that future violations will carry consequences throughout the district). See also GS Holistic, LLC vs. Brother Pastor LLC, No. 8:22-cv-2179-VMC-TGW (Doc. 34) (order granting motion for sanctions based on actions of plaintiff's counsel, Ms. Penalta, including misrepresentations to the Court).

In each of the above cases listed in the caption, Ms. Penalta has failed to take some action required by the Local Rules of this Court by either failing to timely file a case management report, failing to timely move for clerk's default or default judgment.  She has been repeatedly warned.  Enough is enough.  Each of the above listed cases are **dismissed without prejudice**.  The Clerk shall **close** these files.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of August, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Counsel of record